■ GUISEPPE LOPRESTI, Plaintiff, v LARRY INGENITO et al., Defendants. (And a Third-Party Action.) BERT TARAS, P. C.,

Nonparty Appellant; MARTIN LASSOFF, Nonparty Respondent. [671 NYS2d 694] —In an action to recover damages for personal injuries, nonparty Bert Taras, P. C., the plaintiff's former attorney, appeals from an order of the Supreme Court, Kings County (Barasch, J.), dated June 2, 1997, which, after a hearing, awarded it only 28% of the total legal fees to be received by the plaintiff's attorneys.

Ordered that the order is affirmed, with costs.

Contrary to the appellant's contention, the Supreme Court did not err in awarding it, as the plaintiff's former attorney, only 28% of the total legal fees to be received by the plaintiff's attorneys (*see, Matter of Cohen v Grainger, Tesoriero & Bell,* 81 NY2d 655). Thompson, J. P., Krausman, Goldstein and Luciano, JJ., concur.